UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARTIN ARROYO,

Plaintiff,

v.

CALIFORNIA HIGHWAY PATROL, et al.,

Defendants.

Case No.  25-cv-00439-PCP

**ORDER TO SHOW CAUSE**

Plaintiff Martin Arroyo failed to file any response to defendants' motion for summary judgment by the March 16, 2026 deadline. Accordingly, plaintiff is **ORDERED TO SHOW CAUSE** why his claims should not be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If plaintiff fails to file a response to defendants' motion for summary judgment on or before May 15, 2026, the case shall be dismissed with prejudice for failure to prosecute.

The April 23, 2026 hearing on defendants' motion for summary judgment is VACATED. The Clerk is directed to serve a copy of this Order and defendants' motion for summary judgment (Dkt. No. 34) on Mr. Arroyo by certified mail at the following address:

Martin Arroyo
710 Richmond Ave., Apt #4
San Jose, CA 95128

**IT IS SO ORDERED.**

Dated: April 14, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California